# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>BILLY HAMILTON,<br><br>　　　　Defendant. | 8:16CR259<br><br>ORDER |

The government has filed a Motion for Dismissal, without prejudice [27]. For that reason, the motion is granted.

IT IS ORDERED:

1. The Indictment [1], filed herein, as it relates to the Defendant, Billy Hamilton is dismissed, without prejudice.

Dated this 8th day of December, 2017.

　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　s/Laurie Smith Camp
　　　　　　　　　　　　　　　　　　Chief United States District Judge